```
BRENDA SUE COOPER          LAKEISHA PRESTON          SYNCHRONY BANK
ELBERT CHARLES COOPER      35 SMITH COOPER LN        ATTN: BANKRUPTCY
35 SMITH COOPER LN         NEWHEBRON, MS 39140       POB 965065
NEWHEBRON, MS 39140                                  ORLANDO, FL 32896

THOMAS C. ROLLINS, JR.     MAGEE GENERAL HOSPITAL    TSI
THE ROLLINS LAW FIRM, PLLC 300 3RD AVE               ATTN: BANKRUPTCY
P.O. BOX 13767             MAGEE, MS 39111           PO BOX 15130
JACKSON, MS 39236                                    WILMINGTON, DE 19850

1ST FRANKLIN               REGIONAL FIN
939 BROOKWAY BOULEVARD     ATTN: BANKRUPTCY
BROOKHAVEN, MS 39601       979 BATEVILLE RD
                          SUITE B
                          GEER, SC 29651

CHASE AUTO FINANCE         REPUBLIC FINANCE
ATTN: BANKRUPTCY           1600 HWY 15N
700 KANSAS LANE            STE 300B
LA4 - 4025                 LAUREL, MS 39440
MONROE, LA 71203

COMENITYCAPITAL            SANTANDER CONSUMER USA
ATTN: BANKRUPTCY           1601 ELM ST
PO BOX 182125             STE 800
COLUMBUS, OH 43218         DALLAS, TX 75201

CREDIT ACCEPTANCE          SOUTHWEST HEALTH
ATTN: BANKRUPTCY           P.O. BOX 415000
25505 WEST 12 MILE RD      NASHVILLE, TN 37241
STE 3000
SOUTHFIELD, MI 48034

F C F                      SUNBIT FINANCIAL
P.O. BOX 879               ATTN: BANKRUPTCY
MONTICELLO, MS 39654       PO BOX 24010
                          LOS ANGELES, CA 90024

FINGERHUT FETTI            SYNCHRONY BANK
ATTN: BANKRUPTCY           ATTN: BANKRUPTCY
6250 RIDGEWOOD ROAD        PO BOX 965060
SAINT CLOUD, MN 56303      ORLANDO, FL 32896

FIRST PREMIER              SYNCHRONY BANK
ATTN: BANKRUPTCY           ATTN: BANKRUPTCY DEPT.
601 S MINNESOTA AVE        P.O. BOX 965065
SIOUX FALLS, SD 57104      ORLANDO, FL 32896
```