# United States Bankruptcy Court
## Southern District of Mississippi

In re **Brenda Sue Cooper**
**Elbert Charles Cooper**
Debtor(s)

Case No. **26-50216**
Chapter **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **February 18, 2026**         **/s/ Brenda Sue Cooper**
                                    **Brenda Sue Cooper**
                                    Signature of Debtor

Date: **February 18, 2026**         **/s/ Elbert Charles Cooper**
                                    **Elbert Charles Cooper**
                                    Signature of Debtor

| | | |
|---|---|---|
| BRENDA SUE COOPER<br>ELBERT CHARLES COOPER<br>35 SMITH COOPER LN<br>NEWHEBRON, MS 39140 | LAKEISHA PRESTON<br>35 SMITH COOPER LN<br>NEWHEBRON, MS 39140 | SYNCHRONY BANK<br>ATTN: BANKRUPTCY DEPT.<br>P.O. BOX 965065<br>ORLANDO, FL 32896 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | MAGEE GENERAL HOSPITAL<br>300 3RD AVE<br>MAGEE, MS 39111 | SYNCHRONY BANK<br>ATTN: BANKRUPTCY<br>POB 965065<br>ORLANDO, FL 32896 |
| 1ST FRANKLIN<br>939 BROOKWAY BOULEVARD<br>BROOKHAVEN, MS 39601 | REGIONAL FIN<br>ATTN: BANKRUPTCY<br>979 BATEVILLE RD<br>SUITE B<br>GEER, SC 29651 | TSI<br>ATTN: BANKRUPTCY<br>PO BOX 15130<br>WILMINGTON, DE 19850 |
| CHASE AUTO FINANCE<br>ATTN: BANKRUPTCY<br>700 KANSAS LANE<br>LA4 - 4025<br>MONROE, LA 71203 | REPUBLIC FINANCE<br>1600 HWY 15N<br>STE 300B<br>LAUREL, MS 39440 | |
| COMENITYCAPITAL<br>ATTN: BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS, OH 43218 | SANTANDER CONSUMER USA<br>1601 ELM ST<br>STE 800<br>DALLAS, TX 75201 | |
| CREDIT ACCEPTANCE<br>ATTN: BANKRUPTCY<br>25505 WEST 12 MILE RD<br>STE 3000<br>SOUTHFIELD, MI 48034 | SOUTHWEST HEALTH<br>P.O. BOX 415000<br>NASHVILLE, TN 37241 | |
| F C F<br>P.O. BOX 879<br>MONTICELLO, MS 39654 | SUMMIT FINANCIAL***<br>P.O. BOX 874<br>MONTICELLO, MS 39654 | |
| FINGERHUT FETTI<br>ATTN: BANKRUPTCY<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD, MN 56303 | SUNBIT FINANCIAL<br>ATTN: BANKRUPTCY<br>PO BOX 24010<br>LOS ANGELES, CA 90024 | |
| FIRST PREMIER<br>ATTN: BANKRUPTCY<br>601 S MINNESOTA AVE<br>SIOUX FALLS, SD 57104 | SYNCHRONY BANK<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO, FL 32896 | |