United States Bankruptcy Court

Southern District of Mississippi

In re:                              Case No. 26-50216-KMS

Brenda Sue Cooper                 Chapter 13

Elbert Charles Cooper

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                   User: mssbad                   Page 1 of 3

Date Rcvd: Apr 17, 2026             Form ID: n031                Total Noticed: 28

The following symbols are used throughout this certificate:

**Symbol**          **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brenda Sue Cooper, Elbert Charles Cooper, 35 Smith Cooper Ln, Newhebron, MS 39140-3989 |
| 5622368 | | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane, La4 - 4025, Monroe, LA 71203 |
| 5622371 | + | F C F, P.O. Box 879, Monticello, MS 39654-0879 |
| 5622374 | + | Lakeisha Preston, 35 Smith Cooper Ln, Newhebron, MS 39140-3989 |
| 5622375 | + | Magee General Hospital, 300 3rd Ave, Magee, MS 39111-3698 |
| 5622379 | + | Southwest Health, P.O. Box 415000, Nashville, TN 37241-5000 |
| 5628381 | + | Summit Financial Services, Corp, 105 S 16th Ave, Suite C, Laurel, MS 39440-4170 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5622367 | + | Email/Text: bankruptcy@1ffc.com | Apr 17 2026 19:25:00 | 1st Franklin, 939 Brookway Boulevard, Brookhaven, MS 39601-2612 |
| 5623659 | + | Email/Text: bankruptcy@1ffc.com | Apr 17 2026 19:25:00 | 1st Franklin Financial Corporation, PO BOX 880, ATTN: Admin Services, Toccoa GA 30577-0880 |
| 5633047 | | Email/Text: ebnnotifications@creditacceptance.com | Apr 17 2026 19:24:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD, SOUTHFIELD, MI 48034 |
| 5622369 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 17 2026 19:25:00 | Comenitycapital, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5622370 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 17 2026 19:24:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5622372 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 17 2026 19:22:13 | Fingerhut Fetti, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5622373 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 17 2026 19:22:13 | First Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5636280 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 17 2026 19:25:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5640782 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 17 2026 19:22:13 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, 700 Kansas Lane, LA4- 5599, Monroe LA 71203-4774 |
| 5651177 | | Email/Text: bnc-quantum@quantum3group.com | Apr 17 2026 19:25:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5623007 | + | Email/Text: bankruptcy@regionalmanagement.com | Apr 17 2026 19:24:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD STE B, GREER SC 29651-6819 |
| 5622377 | | Email/Text: bankruptcy@republicfinance.com | Apr 17 2026 19:25:00 | Republic Finance, 1600 Hwy 15N, Ste 300B, Laurel, MS 39440 |
| 5634381 | | Email/Text: bankruptcy@republicfinance.com | | |

District/off: 0538-6 | User: mssbad | Page 2 of 3
Date Rcvd: Apr 17, 2026 | Form ID: n031 | Total Noticed: 28

| Recip ID | | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|---|
| | | | | Apr 17 2026 19:25:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5622376 | + | Email/Text: bankruptcy@regionalmanagement.com | | Apr 17 2026 19:24:00 | Regional Fin, Attn: Bankruptcy, 979 Bateville Rd, Suite B, Geer, SC 29651-6819 |
| 5622380 | | Email/Text: bankruptcy@sunbit.com | | Apr 17 2026 19:24:00 | Sunbit Financial, Attn: Bankruptcy, Po Box 24010, Los Angeles, CA 90024 |
| 5622378 | + | Email/Text: enotifications@santanderconsumerusa.com | | Apr 17 2026 19:25:00 | Santander Consumer USA, 1601 Elm St, Ste 800, Dallas, TX 75201-7260 |
| 5642134 | | Email/Text: enotifications@santanderconsumerusa.com | | Apr 17 2026 19:25:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, 1601 Elm Street, Suite 800, Dallas, TX 75201-7260 |
| 5622382 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | Apr 17 2026 19:22:13 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965065, Orlando, FL 32896-5065 |
| 5622381 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | Apr 17 2026 19:22:08 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5622383 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | Apr 17 2026 19:22:13 | Synchrony Bank, Attn: Bankruptcy, Pob 965065, Orlando, FL 32896-5065 |
| 5622384 | + | Email/Text: bankruptcydepartment@tsico.com | | Apr 17 2026 19:25:00 | TSI, Attn: Bankruptcy, Po Box 15130, Wilmington, DE 19850-5130 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5623899 | *+ | 1st Franklin Financial Corporation, PO BOX 880, ATTN: Admin Services, Toccoa GA 30577-0880 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 19, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Elbert Charles Cooper trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Brenda Sue Cooper trollins@therollinsfirm.com |

District/off: 0538-6                    User: mssbad                              Page 3 of 3
Date Rcvd: Apr 17, 2026                 Form ID: n031                           Total Noticed: 28

jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:**  26−50216−KMS
**Chapter:**  13

**In re:**

Brenda Sue Cooper
35 Smith Cooper Ln
Newhebron, MS 39140

Elbert Charles Cooper
35 Smith Cooper Ln
Newhebron, MS 39140

Notice of Entry of Order Confirming Plan

The Court entered an Order on April 17, 2026 (Dkt. # 22 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: April 17, 2026

Danny L. Miller, Clerk of Court