UNITED STATES BANKRUPTCY COURT
FOR SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Brenda  Cooper                                    CHAPTER: 13
35 Smith Cooper LN                                CASE NUMBER: 26-50216
Newhebron, MS 39140                               CLAIM AMOUNT: $1155.75

Debtors.

_____

## <u>NOTICE OF WITHDRAWAL OF PROOF OF CLAIM</u>

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006,

F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 4/21/2026, in the amount of $1155.75.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13

Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter

13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 18th day of May, 2026.

Jefferson Capital Systems LLC

By: /s/ Rhonda Pratt_____
Rhonda Pratt   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

## CERTIFICATE OF SERVICE

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

|  |  |
|---|---|
| Debtor: | Brenda  Cooper<br>35 Smith Cooper LN<br>Newhebron, MS 39140 |
| Debtor's Attorney: | Thomas Carl  Rollins Jr<br>PO BOX 13767<br>Jackson, MS 39236 |
| Chapter 13 Trustee: | David  Rawlings<br>PO Box 566<br>Hattiesburg, MS 39403-0566 |

by submitting electronically with the court.

This 18th day of May, 2026.

Jefferson Capital Systems LLC

By: /s/ Rhonda Pratt_____
Rhonda Pratt   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314